In the Matter of the Claim of KENNETH FARMER, Respondent, against VALLEY APPLIANCE, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of JAMES WILLIAMS, Respondent, against VINCENT ROTH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Attention is called to the fact that the moving papers fail to comply with rule 16 of the rules of this court in that no statement of the decision of this court on the appeal is annexed to such papers. Present — Hill, P. H., Rhodes, McNamee, Crapser and Bliss, JJ.

THOMAS J. BATTLES, Respondent, v. RUTLAND RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

DAVID FURSHPIN, Plaintiff, v. MONTICELLO CO-OPERATIVE FIRE INSURANCE COMPANY, Appellant, and DAVID WEINER, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

PETER G. TEN EYCK, as Commissioner of Agriculture and Markets of the State of New York, Respondent, v. HEGEMAN FARMS CORPORATION and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

PETER G. TEN EYCK, Commissioner of Agriculture and Markets of the State of New York, Respondent, v. EASTERN FARM PRODUCTS, INC., Appellant; W. H. SPAVEN and Others, as Committee for Eastern Farm Patrons, Intervening Defendants-Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.